# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

FREDERICK CADET,
    Defendant,

v.

UNITED STATES OF AMERICA,
    Plaintiff.

CRIMINAL ACTION NOS.
1:11-CR-113-WBH-2
1:11-CR-552-WBH

## **ORDER**

The above-styled criminal actions are before this Court for consideration of the Report and Recommendation (R&R), [Doc. 104 in No. 1:11-cr-113; Doc. 33 in No.1:11-cr-522], in which the Magistrate Judge recommends that Defendant's Motions to Suppress, [Docs. 46 and 67 in No. 1:11-cr-113; Doc. 8 in No.1:11-cr-522], be denied.

This Court has carefully reviewed the R&R and, in the absence of objections, finds that the Magistrate Judge's findings and conclusions are correct. As such, the R&R, [Doc. 104 in No. 1:11-cr-113; Doc. 33 in No.1:11-cr-522], is **ADOPTED** as the order of this Court and Defendant's motions, [Docs. 46 and 67 in No. 1:11-cr-113; Doc. 8 in No.1:11-cr-522], are **DENIED**.

In the absence of opposition and for good cause shown, the Government's motion in limine to exclude evidence of Defendant's potential punishment, [Doc. 40

in No. 1:11-cr-113], is **GRANTED**. Of course, this Court will reconsider this ruling if, during trial, it becomes apparent that fairness demands it.

Finally, also for good cause shown, Brian M. Pearce's motion to withdraw as attorney for the Government, [Doc. 99 in No. 1:11-cr-113; Doc. 27 in No.1:11-cr-522], is **GRANTED** and the Clerk should update the docket to reflect the fact that Christopher J. Huber represents the Government in these actions.

**IT IS SO ORDERED,** this 8 day of February, 2013.

_____
WILLIS B. HUNT, JR.
UNITED STATES DISTRICT JUDGE

2

AO 72A
(Rev.8/82)